PAUL V. WAYNE, ESQ.; STATE BAR NO.: 101482
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: pwayne@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendants,
KAZ USA, INC. *erroneously sued and served as*
KAZ, USA, INC. a corporation and KAZ INCORPORATED, a corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| KIM MCGEORGE, individually,<br><br>Plaintiff,<br><br>v.<br><br>KAZ, USA INCORPORATED, a corporation, KAZ INCORPORATED, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.:<br><br>(Monterey County Superior Court Case No.: M131630)<br><br>**DEFENDANT KAZ USA, INC'S DEMAND FOR TRIAL BY JURY** |

Defendant KAZ USA, INC. hereby demands trial by jury in this action.

Dated: May 20, 2015

THARPE & HOWELL, LLP

By: _____
PAUL V. WAYNE
BRIAN J. KIM
Attorneys for Defendant
KAZ USA, INC. *erroneously sued and served as KAZ, USA INC. a corporation and KAZ INCORPORATED, a corporation*

---
- 1 -
**DEFENDANT KAZ USA, INC'S DEMAND FOR TRIAL BY JURY**
McGeorge v. KAZ USA, Inc.
Case No.:

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **DEFENDANT KAZ USA, INC'S DEMAND FOR TRIAL BY JURY**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   | | |
   |---|---|
   | Rahul Ravipudi, Esq.<br>Robert S. Glassman<br>PANISH, SHEA & BOYLE, LLP<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025<br>(310) 477-1700; (310) 477-1699 – FAX<br>ravipudi@psblaw.com | Attorneys for Plaintiff,<br>KIM MCGEORGE |

5. a. ✓ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ✓ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

   b. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/20/15 | MICHELE SCHEE  | |
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\26000-000\26625\Pleadings\FEDERAL\JURY DEMAND.docx