PANISH SHEA & BOYLE LLP
RAHUL RAVIPUDI, State Bar No. 204519
  *ravipudi@psblaw.com*
ROBERT S. GLASSMAN, State Bar No. 269816
  *glassman@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE LAW OFFICE OF ARASH KHORSANDI
ARASH KHORSANDI, State Bar No. 249405
  *ak@arashlaw.com*
1875 Century Park East, Suite 1230
Los Angeles, CA  90067
Telephone:  310.277.7529
Facsimile:  310.388.8442

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| KIM MCGEORGE, individually, | Case No. 5:15-CV-002271-BLF |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER RE SETTLEMENT** |
| v. | **AS MODIFIED BY THE COURT** |
| KAZ USA INCORPORATED, a corporation, KAZ INCORPORATED, a corporation, and DOES 1 through 50, inclusive, | Hon. Beth Labson Freeman, Ctrm. 3 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Upon being advised that the parties have reached a settlement in this matter, the Court hereby orders that all remaining dates on calendar in this action be vacated, including the February 9, 2017 Pretrial Conference and the February 27, 2017 trial. The parties shall file a stipulated dismissal or a case management statement re the status of settlement on or before March 22, 2016.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Beth Labson Freeman
U.S. District Court Judge