# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KIM MCGEORGE,<br><br>        Plaintiff,<br><br>v.<br><br>KAZ, USA INCORPORATED, et al.,<br><br>        Defendants. | Case No.  15-cv-02271-BLF<br><br>**ORDER GRANTING PARTIES' REQUEST FOR EXTENSION OF TIME TO FILE STIPULATED DISMISSAL OR STATUS UPDATE**<br><br>[Re: ECF 24] |

On March 22, 2016, the parties filed a Case Management Statement re Status of Settlement, requesting a thirty-day extension of the March 22, 2016 deadline for filing a stipulated dismissal.  That request is GRANTED.  The parties shall file a stipulated dismissal or status update on or before April 22, 2016.

**IT IS SO ORDERED.**

Dated:  March 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge